JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANGEL DE LARA,

               Petitioner,

      v.

THE PEOPLE OF THE STATE OF CALIFORNIA et al.,

               Respondent.

No. EDCV-22-1484-DOC (AGR)

JUDGMENT

Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is dismissed with prejudice as untimely and lacking a cognizable claim for relief.

DATED: May 1, 2024

David O. Carter
_____
DAVID O. CARTER
United States District Judge